IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE THOMPSONS FILM, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-23, <br><br> Defendants. | Civil Action No.  4:13-cv-577 RWS |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO NAME AND SERVE DEFENDANTS PURSUANT TO FED. R. CIV. P. 4(m)**

Upon the Plaintiff's Motion for Extension of Time to Name and Serve Defendants Pursuant to Fed. R. Civ. P. 4(m), it is hereby:

ORDERED that the 120-day period within which plaintiff must effectuate service in this cause of action shall commence on September 6, 2013, with respect to any non-moving Doe defendant whose identifying information is required to be produced to plaintiff on or before such date.

IT IS FURTHER ORDERED that the 120-day period within which plaintiff must effectuate service with respect to any moving Doe defendant shall be determined upon the resolution of the respective defendants' motions, if any, contesting the Rule 45 subpoena(s) issued to the ISPs in this cause.

DATED: July 23, 2013              By: _____